UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOL LINHAS AÉREAS INTELIGENTES S.A. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:20-cv-04243-RPK-RER<br><br>**RULE 7.1 STATEMENT OF DEFENDANT GOL LINHAS AÉREAS INTELIGENTES S.A.** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certify that GOL Linhas Aéreas Inteligentes S.A. is a limited liability company incorporated under the laws of Brazil. GOL Linhas Aéreas Inteligentes S.A. has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       May 7, 2021

                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                    By: */s/ Audra J. Soloway*

                                    Andrew Gordon
                                    Audra J. Soloway
                                    Robert J. O'Loughlin
                                    1285 Avenue of the Americas
                                    New York, New York 10019
                                    (212) 373-3000
                                    Fax: (212) 757-3990
                                    agordon@paulweiss.com
                                    asoloway@paulweiss.com
                                    roloughlin@paulweiss.com

                                    *Attorneys for GOL Linhas Aéreas*

*Inteligentes S.A., Paulo Sergio
Kakinoff, and Richard F. Lark, Jr.*