PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS   NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3289

WRITER'S DIRECT FACSIMILE
(212) 492-0289

WRITER'S DIRECT E-MAIL ADDRESS
asoloway@paulweiss.com

November 15, 2021

VIA CM/ECF, U.S. MAIL, AND E-MAIL

Jeremy A. Lieberman
Veronica Montenegro
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016

  Re: *In re GOL Linhas Aéreas Inteligentes S.A. Securities Litigation*, No. 1:20-cv-04243-RPK-TAM

Dear Counsel:

On behalf of Director Defendants[1] in the above-referenced action, we are writing to confirm that Director Defendants are serving the following materials:

- Director Defendants' Notice of Motion to Dismiss;

- Director Defendants' Memorandum of Law in Support of Their Motion to Dismiss;

- Declaration of Shane D. Avidan, and the exhibits attached thereto.

In accordance with Judge Kovner's Individual Practices and Rules, the foregoing documents will not be filed with the Court until the motion is fully briefed.

---

[1] The Director Defendants are Constantino de Oliveira Jr., André Béla Jánszky, Antonio Kandir, and Francis James Leahy Meaney.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Respectfully submitted,

/s/ *Audra J. Soloway*
Andrew Gordon
Audra J. Soloway
Shane D. Avidan
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Fax: 212-757-3990
E-mail: asoloway@paulweiss.com

*Attorneys for Defendants*

cc:    Hon. Rachel P. Kovner (via CM/ECF, without enclosures)
       Hon. Taryn A. Merkl (via CM/ECF, without enclosures)
       All counsel (via CM/ECF, without enclosures)