**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GOL LINHAS AÉREAS INTELIGENTES S.A. SECURITIES LITIGATION | Case No.  1:20-cv-04243-RPK-RER |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, by and through their undersigned attorneys, hereby dismiss with prejudice all claims alleged in the Amended Complaint (ECF No.  12) asserting alleged misstatements and/or omissions by any defendant in connection with Defendant Gol Linhas Aéreas Inteligentes S.A. 4Q 2019 Earnings Report, filed on February 20, 2020.  As a result of the voluntary dismissal of claims concerning the 4Q 2019 Earnings Report, Plaintiffs' proposed putative class period for the action *In re GOL Linhas Aéreas Inteligentes S.A. Securities Litigation,* No. 1:20-cv-04243-RPK-RER is amended to May 4, 2020 through July 23, 2020, inclusive.

Dated:  February 16, 2022

**POMERANTZ LLP**

*/s/ Veronica V. Montenegro*
Jeremy A. Lieberman
Marc I. Gross
Veronica V. Montenegro
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mig@pomlaw.com
vvmontenegro@pomlaw.com

**POMERANTZ LLP**

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**

Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiffs*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Andrew Gordon*
Andrew Gordon
Audra J. Soloway
Shane D. Avidan
1285 Avenue of the Americas New York, NY 10019-6064 Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com
savidan@paulweiss.com

*Attorneys for Defendants*

1